IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACADIA HEALTHCARE COMPANY, INC., *et al.*, <br><br> Defendants, | CIVIL ACTION NO.: 3:18-cv-00988 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern <br><br> <u>CLASS ACTION</u> |

## DECLARATION OF JESSICA P. CORLEY IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE

I, Jessica P. Corley, declare under oath:

1. I am a partner with the law firm King & Spalding LLP, located at 1180 Peachtree Street N.E., Atlanta, Georgia, 30309. My telephone number is (404) 572-4717 and my email address is jpcorley@kslaw.com.

2. I wish to be admitted *pro hac vice* on behalf of Defendants in the above-styled action in the United States District Court for the Middle District of Tennessee, Nashville Division.

3. I am not a resident of the Middle District of Tennessee and I do not maintain an office to practice law in the Middle District of Tennessee.

4. I am a member in good standing of the bar for the United States District Court for the Northern District of Georgia. A true and correct Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached hereto as Exhibit A.

5. No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instated against me.

6. I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

7. I have associated with Steven A. Riley and Milton S. McGee, III of the law firm of Riley Warnock & Jacobson, PLC, 1906 West End Ave, Nashville, Tennessee 37203, for my appearance *pro hac vice* in this matter.

I declare under oath on this 31st day of October, 2018 that the foregoing is true and correct.

*/s/ Jessica P. Corley*
Jessica P. Corley (*pro hac vice* motion pending)
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Tel. (404) 572-4600
jcorley@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2018, I electronically filed the following document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Christopher M. Wood<br>Jerry E. Martin<br>ROBBINS GELLER RUDMAN &<br>DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>(615) 244-2203<br>cwood@rgrdlaw.com<br>jmartin@barrettjohnston.com | Thomas C. Michaud<br>VANOVERBEKE, MICHAUD &<br>TIMMONY, P.C.<br>79 Alfred Street<br>Detroit, MI 48201<br>(313) 578-1200<br>tmichaud@vmtlaw.com |

Danielle S. Myers
David C. Walton
ROBBINS GELLER RUDMAN &
DOWD LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
danim@rgrdlaw.com
davew@csgrr.com

               */s/ Steven A. Riley*