# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., JOEY A. JACOBS, BRENT TURNER and DAVID DUCKWORTH, <br><br> Defendants. | Civil Action No. 3:18-cv-00988 <br><br> Judges Richardson/Newbern |

## NOTICE OF MOTION OF AMALGAMATED BANK, PLYMOUTH COUNTY RETIREMENT ASSOCIATION AND BOSTON RETIREMENT SYSTEM FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**NOTICE IS HEREBY GIVEN THAT** Movants Amalgamated Bank (as trustee of LongView Largecap 1000 Growth Index Fund, LongView Broad Market 3000 Index Fund, LongView Largecap 1000 Value Index Fund, LongView Midcap 400 Index Fund), Plymouth County Retirement Association, and Boston Retirement System ("Institutional Plaintiffs") will move this Court for an order: (1) appointing Institutional Plaintiffs as Co-Lead Plaintiffs in this action pursuant to Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (2) approving Institutional Plaintiffs' selection of Wolf Haldenstein Adler Freeman & Herz LLP to serve as Lead Counsel and

Bramlett Law Offices to serve as Liaison Counsel to the Class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is supported by accompanying Memorandum of Law; the accompanying Declaration of Gregory M. Nespole and the exhibits thereto; the Joint Declaration of the Movants' representatives; the pleadings herein; and any such other written and/or oral argument as may be presented to the Court.

Dated: December 3, 2018

**BRAMLETT LAW OFFICES**

**s/*Paul Kent Bramlett***
Paul Kent Bramlett TN#7387/MS#4291
Robert Preston Bramlett TN#25895
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215-0734
Tel: (615) 248-2828
Fax: (866) 816-4166
PKNASHLAW@aol.com
**Robert@BramlettLawOffices.CO**

*Counsel for Institutional Plaintiffs and Proposed Liaison Counsel for the Class*

**WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP**

Gregory M. Nespole
Matthew M. Guiney
Patrick Donovan
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4600
Fax: 212-686-0114
gmn@whafh.com
guiney@whafh.com
donovan@whafh.com

*Counsel for Institutional Plaintiffs and Proposed Lead Counsel for the Class*

802202

2