IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACADIA HEALTHCARE COMPANY, INC., *et al.*, <br><br> Defendants, | CIVIL ACTION NO.: 3:18-cv-00988 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair Newbern |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, *et seq.*, and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Acadia Healthcare Company, Inc., Joey Jacobs, Brent Turner, and David Duckworth hereby move this Court to dismiss Plaintiffs' Consolidated Complaint (Dkt. No. 39) ("Complaint") with prejudice for the reasons set forth in the accompanying Memorandum of Law.

Dated: May 31, 2019

Respectfully submitted,

*/s/ Steven A. Riley*

| | |
|---|---|
| Jessica P. Corley (*pro hac vice*) <br> Lisa R. Bugni (*pro hac vice*) <br> KING & SPALDING LLP <br> 1180 Peachtree Street N.E. <br> Atlanta, GA 30309 <br> (404) 572-4600 <br> jcorley@kslaw.com <br> lbugni@kslaw.com <br><br> *Counsel for Defendants* | Steven A. Riley (BPR # 006258) <br> Milton S. McGee, III (BPR # 024150) <br> RILEY WARNOCK & JACOBSON, PLC <br> 1906 West End Avenue <br> Nashville, TN 37203 <br> (615) 320-3700 <br> sriley@rwjplc.com <br> tmcgee@rwjplc.com <br><br> *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher M. Wood
Jerry E. Martin
ROBBINS GELLER RUDMAN &
DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
cwood@rgrdlaw.com
jmartin@barrettjohnston.com

Danielle S. Myers
David C. Walton
ROBBINS GELLER RUDMAN &
DOWD LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
danim@rgrdlaw.com
davew@csgrr.com

Thomas C. Michaud
VANOVERBEKE, MICHAUD & TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
(313) 578-1200
tmichaud@vmtlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798

jmartin@barrettjohnston.com

Matthew M. Guiney
Patrick Donovan
Regina M. Calcaterra
Thomas H. Burt
WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600
guiney@whafh.com
donovan@whafh.com
calcaterra@whafh.com
burt@whafh.com

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

/s/ Steven A. Riley