UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:18-cv-0988<br><br>Judge Richardson<br>Magistrate Judge Newbern |

## ORDER

On May 31, 2019, Defendants Acadia Healthcare Company, Inc., Joey Jacobs, Brent Turner, and David Duckworth filed a motion to dismiss the consolidated complaint. (Doc. No. 40.) Pursuant to Local Rule 7.01(a)(3), any response is to be filed within 14 days after service of the motion. M.D. Tenn. R. 7.01(a)(3) (response). A reply memorandum not to exceed five pages may be filed within 7 days after service of the response. *Id.* § 7.01(a)(4) (reply).

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Richardson unless referred to the undersigned magistrate judge.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge