# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACADIA HEALTHCARE COMPANY, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 3:18-cv-00988 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair Newbern |

## DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Milton S. McGee, III, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Tennessee bar and am admitted to practice in this Court. I am a member at the law firm of Riley Warnock & Jacobson, PLC and counsel for Defendants Acadia Healthcare Company, Inc. ("Acadia"), Joey Jacobs, Brent Turner, and David Duckworth (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' opposition to Plaintiffs' motion for class certification. I have personal knowledge of the facts set forth within.

2. Attached as Exhibits 1 through 7 to this Declaration are true and correct copies of the following documents.

- **Exhibit 1**: Expert Report of Lucy P. Allen dated February 28, 2022.

- **Exhibit 2**:   Excerpts from Acadia's Form 10-K for the fiscal year ended December 31, 2018.[1]

- **Exhibit 3**: Excerpts from the June 3, 2021 deposition of Plaintiffs' expert Scott Dalrymple.

- **Exhibit 4:** Email dated November 16, 2018 produced by Rice Hall James & Associates, LLC, investment advisor to lead plaintiff and proposed class representative New York Hotels Fund, Bates labeled RHJA0000073-4.

- **Exhibit 5:** Excerpts from the June 8, 2021 deposition of Catherine Wenskus, corporate representative of Plaintiff Chicago & Vicinity Laborers' District Counsel Pension Fund.

- **Exhibit 6:** Plaintiffs' Responses and Objections to Acadia's Second Set of Interrogatories.

- **Exhibit 7:** Excerpts from the June 29, 2021 deposition of Thao Buu-Hoan, corporate representative of Rice Hall James & Associates, LLC, investment advisor to lead plaintiff and proposed class representative New York Hotels Fund.

3. Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on March 1, 2022 in Nashville, Tennessee.

Respectfully submitted:

/s/ Milton S. McGee III

Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
tmcgee@rwjplc.com

---

[1] A complete version of Exhibit 2 is available upon request and accessible online at https://www.sec.gov/edgar/browse/?CIK=1520697&owner=exclude.

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2022, I electronically filed the following document and accompanying exhibits with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2203
cwood@rgrdlaw.com

Danielle S. Myers
David C. Walton
Darryl J. Alvarado
J. Marco Janoski Gray
Ting H. Liu
Timothy Alexander Benwa Folkerth
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
danim@rgrdlaw.com
davew@csgrr.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com

Michael Bauman
Pitta LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890
Fax: (212) 652-3891
mbauman@pittalaw.com

Justin J. Lannoye
Dowd, Bloch. Bennett, Cervone, Auerbach & Yokich LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361
Fax: (312) 372-6599
jlannoye@laboradvocates.com

Thomas C. Michaud
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
(313) 578-1200
tmichaud@vmtlaw.com

Matthew M. Guiney
Patrick Donovan
Regina M. Calcaterra
Thomas H. Burt
Wolf, Haldenstein, Adler, Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600
guiney@whafh.com
donovan@whafh.com
calcaterra@whafh.com
burt@whafh.com

Paul Kent Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com


                          */s Steven A. Riley*