**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similar, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 3:18-cv-00988 |
| v. | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| ACADIA HEALTHCARE COMPANY, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Pending before the Court is Lead Plaintiffs' Motion for Class Certification (Doc. No. 112), which is fully briefed and ripe for the Court's consideration. (*See* Doc. Nos. 120, 133, 140-1, 147-1, 148). For the reasons set forth in the accompanying Memorandum, the Motion is **GRANTED**, and the Court certifies the following Class:

> All persons who purchased or otherwise acquired the common stock of Acadia Healthcare Company, Inc. ("Acadia" or the "Company") between April 30, 2014 and November 15, 2018, inclusive (the "Class Period"). Excluded from the Class are Acadia, Joey A. Jacobs, Brent Turner, David Duckworth (collectively "Defendants") and members of their immediate families, any entity of which a Defendant has a controlling interest, and the legal representatives, heirs, predecessors, successors or assigns of any such excluded party.

The Court hereby appoints Lead Plaintiffs as Class Representatives and the law firm of Robbins Geller Rudman & Dowd LLP as Class Counsel.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE