# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00988<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair Newbern |

## CASTALIAN VALUE PARTNER FUND LP, CASTALIAN PARTNERS, LLP AND JAMES GIBSON'S MOTION TO QUASH SUBPOENAS

For the reasons set forth in the accompanying memorandum of law in support of this motion, Castalian Value Partner Fund LP, Castalian Partners, LLP and James Gibson respectively request that the Court quash the subpoenas issued to non-parties James Gibson and FINRA. This motion is supported by the concurrently filed memorandum of law, the exhibits to the memorandum of law, and such other evidence and arguments the Court may consider.

Prior to filing this motion, Defendants' counsel conferred with counsel for Plaintiffs and Castalian, both of which indicated that they oppose the relief requested herein.

Dated: September 9, 2024               Respectfully submitted,


*/s/ David F. Standa*
David F. Standa (*pro hac vice*)
GREENSPOON MARDER LLP
227 West Monroe Street
Suite 3950
Chicago, IL 60606
Tel: (312) 860-3207
david.standa@gmlaw.com


Robert L. Vance, BPR #021733
WOOLF, MCCLANE, BRIGHT, ALLEN &
CARPENTER, PLLC
900 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902-1810
Tel: (865) 215-1088
bvance@wmbac.com

# CERTIFICATE OF SERVICE

       I hereby certify that on September 9, 2024, a copy of the foregoing Motion to Quash was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The following were served by operation of the Court's electronic filing system on September 9, 2024.

Christopher M. Wood, Esq.
Robbins Geller Rudman & Dowd LLP
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
cwood@rgrdlaw.com

Danielle S. Myers, Esq.
David C. Walton, Esq.
Darryl J. Alvarado, Esq.
J. Marco Janoski Gray, Esq.
Ting H. Liu. Esq.
Timothy Alexander Benwa Folkerth
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
danim@rgrdlaw.com
davew@csgrr.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Jerry E. Martin, Esq.
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com
Steven A. Riley, Esq. (BPR # 006258)

Michael Bauman, Esq.
Pitta LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890
Fax: (212) 652-3891
mbauman@pittalaw.com

Justin J. Lannoye, Esq.
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361
Fax: (312) 372-6599
jlannoye@laboradvocates.com

Thomas C. Michaud, Esq.
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
(313) 578-1200
tmichaud@vmtlaw.com

Matthew M. Guiney, Esq.
Patrick Donovan, Esq.
Regina M. Calcaterra, Esq.
Thomas H. Burt, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016
(212) 545-4600
guiney@whafh.com
donovan@whafh.com
calcaterra@whafh.com
burt@whafh.com

Paul Kent Bramlett, Esq.

3

Milton S. McGee, III, Esq. (BPR # 024150)
Elizabeth O. Gonser, Esq. (BPR # 026329)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com tmcgee@rjfirm.com
egonser@rjfirm.com
Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
Ronni D. Solomon (*pro hac vice*)

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
(404) 572-4600
jpcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com
rsolomon@kslaw.com

Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com

Rebecca Wells Demaree, Esq.
Cornelius & Collins, LLP
211 Athens Way
Suite 200
Nashville, TN 37228
615-244-1440
rwdemaree@cclawtn.com

Priya Sopori, Esq.
Greenberg Glusker LLP
2049 Century Park East
Suite 2600
Los Angeles, CA 90067
psopori@greenbergglusker.com

*/s/ David F. Standa*

4
6485716.1
Case 3:18-cv-00988    Document 266    Filed 09/09/24    Page 4 of 4 PageID #: 6886