# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., et al., <br><br> Defendants. | Civil Action No. 3:18-cv-00988 <br><br> District Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## JOINT MOTION TO ALLOW DEPOSITION AFTER DEADLINE FOR COMPLETION OF FACT DISCOVERY

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7.01, Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund and New York Hotel Trades Counsel and Hotel Association of New York City, Inc. Pension Fund ("Plaintiffs") and Defendants Acadia Healthcare Company, Inc. ("Acadia"), Deborah H. Jacobs, as Executor of the Estate of Joey A. Jacobs, Brent Turner, and David Duckworth ("Defendants," and with Plaintiffs, the "Parties") jointly move the Court to allow the deposition of non-party Reeve B. Waud to take place on January 23, 2025, after the deadline for the completion of fact discovery. The Parties state the following:

1.  The deadline for the Parties to complete fact discovery is December 13, 2024. *See* ECF No. 264.

2.  Since the Court entered the operative Amended Case Management Order on May 28, 2024, the Parties have diligently been proceeding with discovery. Defendants have substantially completed their production of documents, including substantial completion of the

production of documents from the Priory Group in the U.K. Plaintiffs have conducted numerous depositions and have scheduled several more depositions to occur prior to the deadline for completion of fact discovery.

3. Plaintiffs have noticed the deposition of non-party Reeve B. Waud. The Parties and Mr. Waud have cooperated in good faith to schedule his deposition. However, due to scheduling conflicts, the Parties and Mr. Waud have agreed, subject to Court approval, to schedule his deposition for January 23, 2025, after the deadline for completion of fact discovery.

4. Given this, the Parties request that the Court allow this deposition to occur on January 23, 2025. Good cause exists to grant this motion and allow this single deposition to occur after the deadline for completion of fact discovery. The relief requested will not alter any deadlines in the Court's Amended Case Management Order. The deadline for the completion of expert discovery is May 2, 2025, and the deadline for motions for summary judgment and *Daubert* motions is May 23, 2025. *See* ECF No. 264. Consequently, allowing the deposition of Mr. Waud to take place on January 23, 2025, shortly after the cutoff of fact discovery, will not delay the progress of this action.

Therefore, the Parties respectfully request that the Court grant their Joint Motion and allow the deposition of Reeve B. Waud to take place on January 23, 2025.

Dated: November 4, 2024          Respectfully submitted,

*/s/ Christopher M. Wood*
ROBBINS GELLER RUDMAN & DOWD LLP
Christopher M. Wood, #032977
Jerry E. Martin, #20193
Henry S. Bator, #040431
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203

615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com
hbator@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Darren J. Robbins
Darryl J. Alvarado
J. Marco Janoski Gray
Ting H. Liu
T. Alex B. Folkerth
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dalvarado@rgrdlaw.com
jgray@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

*Lead Counsel for Plaintiffs*

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH
Justin J. Lannoye
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone: 312/372-1361
312/372-6599 (fax)
jlannoye@laboradvocates.com

*Counsel for Chicago & Vicinity Laborers' District Council Pension Fund*

PITTA LLP
Michael Bauman
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
212/652-3891 (fax)
mbauman@pittalaw.com

*Counsel for New York Hotel Trades Council & Hotel*

/s/ Steven A. Riley
_____

Steven A. Riley (BPR # 006258)
Milton S. McGee, III (BPR # 024150)
Elizabeth O. Gonser (BPR # 026329)
**RILEY & JACOBSON, PLC**
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
Ronni D. Solomon (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street N.E.
Atlanta, GA 30309
(404) 572-4600
jpcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com
rsolomon@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this November 4, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher M. Wood
Henry Bator
ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
cwood@rgrdlaw.com
hbator@rgrdlaw.com

Danielle S. Myers
Darryl J. Alvarado
J. Marco Janoski Gray
Ting H. Liu
Timothy Alexander Benwa Folkerth
ROBBINS GELLER RUDMAN & DOWD LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
danim@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com

Michael Bauman
PITTA LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890
Fax: (212) 652-3891
mbauman@pittalaw.com

Justin J. Lannoye
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361
Fax: (312) 372-6599
jlannoye@laboradvocates.com

/s/ Steven A. Riley