UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>Defendants. | Case No. 3:18-cv-00988<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

# ORDER

On December 20, 2024, the parties filed a joint notice of deposition status of non-party witness requesting a telephone conference before the Magistrate Judge. (Doc. No. 282.) The Court construes the notice as a motion for a telephone conference. The motion is GRANTED.

A telephone conference with the Magistrate Judge is set for January 15, 2025, at 11:00 a.m. Counsel for the parties shall call (650) 479-3207 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge