UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>                 Defendants. | Civil Action No. 3:18-cv-00988<br><br>CLASS ACTION<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern<br><br>MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Rules 5.03 and 7.01 of the Civil Local Rules of Court ("L.R.") and Section 5.07 of Administrative Order No. 167-1, Lead Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund and New York Hotel Trades Counsel and Hotel Association of New York City, Inc. Pension Fund ("Plaintiffs")[1] hereby move the Court for leave to file under seal unredacted versions of: (1) the Memorandum of Law in Support of Plaintiffs' Motion for Sanctions Under Federal Rule of Civil Procedure 37(e) for Defendants' Spoliation of ESI; (2) the Declaration of J. Marco Janoski Gray in Support of Plaintiffs' Motion for Sanctions Under Federal Rule of Civil Procedure 37(e) for Defendants' Spoliation of ESI; and (3) Exhibits 2, 4, 9-17, 21-24, 27-31, 33-34, 38, 41-42 attached thereto (collectively, the "Sealed Documents"), filed contemporaneously herewith.

---

[1] "Defendants" are Acadia Healthcare Company, Inc. ("Acadia" or the "Company"), Deborah H. Jacobs as Executor of the Estate of Joey A. Jacobs, Brent Turner, and David Duckworth. Plaintiffs and Defendants are collectively referred to as the "Parties." All emphasis is added and internal citations omitted unless otherwise stated.

- 1 -

Under the Stipulated Protective Order (ECF 76) ("Protective Order"), Plaintiffs are required to "make redactions or take whatever reasonable steps are necessary to prevent publicly disclosing" information that is designated confidential information. Protective Order, §IX. Because the Sealed Documents contain or directly cite documents or deposition testimony Defendants in this action have designated "Confidential," Plaintiffs move this Court to file them under seal even though they believe there is no basis for the documents to remain under seal.

Plaintiffs do not believe grounds exist to overcome the "'strong presumption in favor of openness as to court records.'" *Alyn v. S. Land Co., LLC*, 2016 WL 5126735, at *2 (M.D. Tenn. Sept. 20, 2016) (quoting *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). "Generally, 'only trade secrets, information covered by a recognized privilege (such as the attorney-client privilege), and information required by statute to be maintained in confidence (such as the name of a minor victim of a sexual assault), is typically enough to overcome the presumption of [public] access.'" *Lee v. Asurian Ins. Servs., Inc.*, 206 F. Supp. 3d 1307, 1308-09 (M.D. Tenn. 2016) (quoting *Rudd Equip. Co., Inc. v. John Deere Constr. & Forestry Co.*, 834 F.3d 589, 594-95 (6th Cir. 2016)). As this Court has recently noted: "'[T]he Court has been directed that "in class actions – where by definition some members of the public are also parties to the case – the standards for denying public access to the court record should be applied with particular strictness."'" *Strougo v. Tivity Health, Inc.*, 2022 WL 4180945, at *3 (M.D. Tenn. Aug. 18, 2022).

Under these circumstances, while Plaintiffs are required to ask these documents and testimony be filed under seal pursuant to L.R. 5.03, the burden is on Defendants to demonstrate "compelling reasons" for the documents to remain under seal. L.R. 5.03(a)-(b). "[T]he party who designated the materials as confidential" must demonstrate "that the sealing is narrowly tailored to those reasons by specifically analyzing in detail, document by document, the propriety of secrecy,

- 2 -
4919-2285-7787.v1
Case 3:18-cv-00988   Document 309   Filed 04/25/25   Page 2 of 7 PageID #: 8237

providing factual support and legal citations" in order for the Sealed Documents to remain under seal. *Id*.

| | |
|---|---|
| DATED: April 25, 2025 | ROBBINS GELLER RUDMAN & DOWD LLP<br>JERRY E. MARTIN, #20193<br>CHRISTOPHER M. WOOD, #032977 |

s/ Christopher M. Wood<br>CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON (admitted *pro hac vice*)
DARRYL J. ALVARADO (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
TING H. LIU (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Class Counsel

- 3 -

4919-2285-7787.v1

Case 3:18-cv-00988　　Document 309　　Filed 04/25/25　　Page 3 of 7 PageID #: 8238

DOWD, BLOCH, BENNETT, CERVONE,
  AUERBACH & YOKICH
JUSTIN J. LANNOYE
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone: 312/372-1361
312/372-6599 (fax)
jlannoye@laboradvocates.com

Counsel for Chicago & Vicinity Laborers' District Council Pension Fund

PITTA LLP
MICHAEL BAUMAN
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
212/652-3891 (fax)
mbauman@pittalaw.com

Counsel for New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund

4919-2285-7787.v1
Case 3:18-cv-00988    Document 309    Filed 04/25/25    Page 4 of 7 PageID #: 8239

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 25, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                    s/ Christopher M. Wood
                                    CHRISTOPHER M. WOOD

                                    ROBBINS GELLER RUDMAN & DOWD LLP
                                    200 31st Avenue North
                                    Nashville, TN  37203
                                    Telephone:  615/244-2203
                                    615/432-2398 (fax)
                                    Email:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-00988 St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **AMALGAMATED BANK, TRUSTEE**
  PKNASHLAW@AOL.COM

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **BOSTON RETIREMENT SYSTEM**
  PKNASHLAW@AOL.COM

- **Michael Bauman**
  mbauman@pittalaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Lisa R. Bugni**
  lbugni@kslaw.com

- **Thomas H. Burt**
  burt@whafh.com

- **Regina M. Calcaterra**
  calcaterra@whafh.com

- **Jessica Perry Corley**
  jpcorley@kslaw.com

- **Rebecca Wells Demaree**
  rwdemaree@cclawtn.com,dmbarker@cclawtn.com

- **Patrick Donovan**
  donovan@whafh.com

- **Timothy Alexander Benwa Folkerth**
  afolkerth@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **J. Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,pmitchell@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew M. Guiney**
  guiney@whafh.com

- **Brandon R. Keel**
  bkeel@kslaw.com

- **Justin J. Lannoye**
  jlannoye@laboradvocates.com

- **Ting H. Liu**
  tliu@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gregory C. Logue , Sr**
  logueg@wmbac.com,arossini@wmbac.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jfrye@barrettjohnston.com,mmcgraw@barrettjohnston.com,mfazio@barrettjohnston.com,lvandrasik@barrettjohnston.com,shyatt@barre

- **Milton S. McGee , III**
  tmcgee@rjfirm.com,EWard@kslaw.com,AWatkins@kslaw.com,dgibby@rjfirm.com

- **Thomas C. Michaud**
  tmichaud@vmtlaw.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **PLYMOUTH COUNTY RETIREMENT ASSOC**
  PKNASHLAW@AOL.COM

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Sam S. Sheldon**
  ssheldon@rgrdlaw.com

- **Ronni D. Solomon**
  rsolomon@kslaw.com

- **Priya Sopori**
  psopori@nixonpeabody.com

- **David F. Standa**
  david.standa@gmlaw.com

- **Robert Lee Vance**
  bvance@wmbac.com,dwatson@wmbac.com

- **David C. Walton**
  davew@csgrr.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,pmitchell@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`