UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-00988<br><br>CLASS ACTION<br><br>Chief District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern<br><br>MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Rules 5.03 and 7.01 of the Civil Local Rules of Court ("L.R.") and §5.07 of Administrative Order No. 167-1, Lead Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund and New York Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund (collectively, "Plaintiffs") hereby move the Court for leave to file under seal unredacted versions of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Plaintiffs' Opposition to Defendants' Motion to Exclude Professor Michael J. Willis, Plaintiffs' Opposition to Defendants' Motion to Exclude Professor Daniel J. Taylor, and Exhibits 6-23, 26, 32-61, 64-69, 71, 76-78, 81, 83-85, 92, 96, 100-01, and 104-05 to the Omnibus Declaration of Christopher M. Wood in Support of Plaintiffs' Oppositions to: (1) Defendants' Motion for Summary Judgment; and (2) Defendants' Motions to Exclude Plaintiffs' Experts (collectively, the "Sealed Documents"), filed contemporaneously herewith.

Under the Stipulated Protective Order (ECF 76) (the "Protective Order"), Plaintiffs are required to "make redactions or take whatever reasonable steps are necessary to prevent publicly

- 1 -

disclosing" information that is designated as Confidential. Protective Order at 13. The Sealed Exhibits contain and cite information that has been designated as Confidential under the Protective Order by Defendants and third parties Citigroup Global Markets Inc., KPMG, and TPG Global (collectively, the "Designating Parties") which produced documents in response to subpoenas issued in this litigation. Plaintiffs, therefore, move the Court for leave to file the Sealed Documents under seal even though Plaintiffs believe there is no basis for the documents to remain under seal. *See* L.R. 5.03(b).

Plaintiffs do not believe grounds exist to overcome the "'strong presumption in favor of openness as to court records.'" *Alyn v. S. Land Co., LLC*, 2016 WL 5126735, at *2 (M.D. Tenn. Sept. 20, 2016) (quoting *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016)). Under these circumstances, while the Protective Order requires Plaintiffs to move for the Sealed Documents to be filed under seal, the burden is on the Designating Parties to demonstrate "compelling reasons" for them to remain under seal. L.R. 5.03(a)-(b). "[T]he party who designated the materials as confidential" must demonstrate "that the sealing is narrowly tailored to those reasons by specifically analyzing in detail, document by document, the propriety of secrecy, providing factual support and legal citations" in order for the Sealed Documents to remain under seal. *Id*. Plaintiffs intend to further confer with the Designating Parties to determine whether they will consent to the Sealed Documents being filed publicly.

DATED: August 11, 2025   ROBBINS GELLER RUDMAN
   & DOWD LLP
JERRY E. MARTIN, #20193
CHRISTOPHER M. WOOD, #032977


       s/ CHRISTOPHER M. WOOD
       CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON (admitted *pro hac vice*)
DARRYL J. ALVARADO (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
TING H. LIU (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Class Counsel

DOWD, BLOCH, BENNETT, CERVONE,
  AUERBACH & YOKICH
JUSTIN J. LANNOYE
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone: 312/372-1361
312/372-6599 (fax)
jlannoye@laboradvocates.com

Counsel for Chicago & Vicinity Laborers' District Council Pension Fund

- 3 -

PITTA LLP
MICHAEL BAUMAN
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
212/652-3891 (fax)
mbauman@pittalaw.com

Counsel for New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund