UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:18-cv-00988<br><br>CLASS ACTION<br><br>Chief District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern<br><br>MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Rules 5.03 and 7.01 of the Civil Local Rules of Court ("L.R.") and Section 4.8 of Administrative Order No. 167-1, Lead Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund and New York Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund (collectively, "Plaintiffs") hereby move the Court for leave to file under seal the exhibits to the Notice of Plaintiffs' Filing of Proposed Direct Expert Testimony (the "Sealed Filing"), filed contemporaneously herewith.

Under the Stipulated Protective Order (ECF 76) (the "Protective Order"), parties and non-parties are permitted to designate information and documents that they produce in this case as "Confidential." Protective Order at 3-5. Documents and information so designated cannot be publicly filed. *Id.* at 13. The Sealed Filing contains information designated as Confidential under the Protective Order by Defendants and various non-parties. Accordingly, Plaintiffs respectfully request that the Court allow the Sealed Filing to be filed under seal.

Under Local Rule 5.03(c)-(d), the designating parties retain the burden of justifying the continued sealing of the Sealed Filing on the Court's docket.

DATED: October 20, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
JERRY E. MARTIN, #20193
CHRISTOPHER M. WOOD, #032977

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON (admitted *pro hac vice*)
DARRYL J. ALVARADO (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
TING H. LIU (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Class Counsel

DOWD, BLOCH, BENNETT, CERVONE,
  AUERBACH & YOKICH
JUSTIN J. LANNOYE
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone: 312/372-1361
312/372-6599 (fax)
jlannoye@laboradvocates.com

Counsel for Chicago & Vicinity Laborers' District Council Pension Fund

PITTA LLP
MICHAEL BAUMAN
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
212/652-3891 (fax)
mbauman@pittalaw.com

Counsel for New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund

4925-3362-1364.v1