UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:18-cv-00988<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

**DEFENDANTS' MOTION TO CERTIFY THE COURT'S SUMMARY JUDGMENT ORDER FOR IMMEDIATE APPEAL AND TO STAY FURTHER PROCEEDINGS**

For the reasons set forth in the accompanying Memorandum of Law, Defendants Acadia Healthcare Company, Inc. ("Acadia" or the "Company"); Deborah Jacobs, as executor of the estate of Joey Jacobs; Brent Turner; and David Duckworth (collectively with Acadia, "Defendants") respectfully request that the Court certify its Summary Judgment Order (ECF 436) for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stay all further proceedings pending the Sixth Circuit's review. Pursuant to Local Rule 7.01(a)(1), counsel for Defendants conferred with Plaintiffs' counsel prior to filing this Motion, and Plaintiffs' counsel represented that Plaintiffs oppose the relief requested herein.

Dated: October 27, 2025

Respectfully submitted,

/s/ *Steven A. Riley*
Steven A. Riley (BPR # 006258)
Milton S. McGee, III (BPR # 024150)
Elizabeth O. Gonser (BPR # 026329)
**RILEY & JACOBSON, PLC**
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700

sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

David L. Balser (*pro hac vice*)
Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
Ronni D. Solomon (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600
dbalser@kslaw.com
jpcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com
rsolomon@kslaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher M. Wood
ROBBINS GELLER RUDMAN & DOWD LLP
200 31st Avenue North
Nashville, TN 37203
(615) 244-2203
cwood@rgrdlaw.com

Danielle S. Myers
Darryl J. Alvarado
J. Marco Janoski Gray
Ting H. Liu
Timothy Alexander Benwa Folkerth
ROBBINS GELLER RUDMAN & DOWD LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
danim@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
200 31st Avenue North
Nashville, TN 37203
(615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com

Michael Bauman
PITTA LLP
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890
Fax: (212) 652-3891
mbauman@pittalaw.com

Justin J. Lannoye
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361
Fax: (312) 372-6599
jlannoye@laboradvocates.com

Dated: October 27, 2025

*/s/ Steven A. Riley*
Steven A. Riley