UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ST. CLAIR COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

ACADIA HEALTHCARE COMPANY, INC.,
et al.,

      Defendants.

Civil Action No. 3:18-cv-00988

District Judge William L. Campbell, Jr.
Magistrate Judge Alistair E. Newbern

### DEFENDANTS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OR ARGUMENT OF ALLEGED SPOLIATION AND DOCUMENT RETENTION PRACTICES

For the reasons set forth in the accompanying Memorandum of Law, Defendants Acadia Healthcare Company, Inc. ("Acadia" or the "Company"); Deborah Jacobs, as executor of the estate of Joey Jacobs; Brent Turner; and David Duckworth (collectively with Acadia, "Defendants") respectfully request that the Court exclude evidence and argument of alleged spoliation and document retention practices by Defendants. Any evidence or argument concerning such issues does not comply with Rules 401, 402, and 403 of the Federal Rules of Evidence and should be excluded accordingly. Pursuant to Local Rule 7.01(a)(1), counsel for Defendants conferred with Plaintiffs' counsel prior to filing this Motion, and Plaintiffs' counsel represented that Plaintiffs oppose the relief requested herein.

Dated: October 27, 2025.

Respectfully submitted,

/s/ *Steven A. Riley*
Steven A. Riley (BPR # 006258)
Milton S. McGee, III (BPR # 024150)
Elizabeth O. Gonser (BPR # 026329)
**RILEY & JACOBSON, PLC**

1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

David L. Balser (*pro hac vice*)
Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
Ronni D. Solomon (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Tel. (404) 572-4600
dbalser@kslaw.com
jpcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com
rsolomon@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

                                                                    */s/ Steven A. Riley*