UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>               Defendants. | Civil Action No. 3:18-cv-00988<br><br>CLASS ACTION<br><br>Chief District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern<br><br>JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES |

Lead Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fun, and the New York Hotel Trades Council & Hotel Association of New York City, Inc. and Defendants Acadia Healthcare, Inc., David Duckworth, Deborah H. Jacobs, and Brent Turner (collectively, "Parties"), through counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties expect to finalize a Stipulation of Settlement, and Plaintiff expects to file a Motion for Preliminary Approval of the Settlement, within 30 days.

Therefore, the Parties respectfully request that the Court: (i) vacate all deadlines in the case, including the trial date; and (ii) terminate all remaining motions, except with respect to any pending motions to seal.

- 1 -

DATED: November 7, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
JERRY E. MARTIN, #20193
CHRISTOPHER M. WOOD, #032977


s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON (admitted *pro hac vice*)
DARRYL J. ALVARADO (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
TING H. LIU (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Class Counsel

- 2 -

DOWD, BLOCH, BENNETT, CERVONE,
  AUERBACH & YOKICH
JUSTIN J. LANNOYE
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone:  312/372-1361
312/372-6599 (fax)
jlannoye@laboradvocates.com

Counsel for Chicago & Vicinity Laborers' District
Council Pension Fund

PITTA LLP
MICHAEL BAUMAN
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
212/652-3891 (fax)
mbauman@pittalaw.com

Counsel for New York Hotel Trades Council & Hotel
Association of New York City, Inc. Pension Fund

DATED: November 7, 2025

KING & SPALDING LLP
DAVID L. BALSER (*pro hac vice*)
JESSICA P. CORLEY (*pro hac vice*)
LISA R. BUGNI (*pro hac vice*)
BRANDON R. KEEL (*pro hac vice*)

s/ Lisa R. Bugni (with permission)
LISA R. BUGNI

1180 Peachtree Street N.E.
Atlanta, GA  30309
Telephone: 404/572-4600
dbalser@kslaw.com
jpcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com

- 3 -

RILEY & JACOBSON, PLC
STEVEN A. RILEY (BPR # 006258)
MILTON S. MCGEE, III (BPR # 024150)
ELIZABETH O. GONSER (BPR # 026329)
1906 West End Avenue
Nashville, TN  37203
Telephone: 615/320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

Counsel for Defendants

- 4 -