# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similar, | )<br>)<br>)<br>) |
| Plaintiff, | )  NO. 3:18-cv-00988 |
| v. | )  JUDGE CAMPBELL |
| ACADIA HEALTHCARE COMPANY, INC., et al., | )  MAGISTRATE JUDGE NEWBERN<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court is in receipt of the parties' Joint Notice of Settlement and Motion to Vacate Deadlines (Doc. No. 530), which was filed on November 7, 2025. Through the Notice, the parties state that they have reached a settlement in principle and expect to finalize a Stipulation of Settlement. Further, the Notice states that Plaintiffs expect to file a Motion for Preliminary Approval of Settlement, within 30 days.

Accordingly, the parties request that the Court vacate all deadlines in this case, including the trial date; and terminate all remaining motions, except with respect to any pending motions to seal. The parties' Motion to Vacate Deadlines is **GRANTED**. The trial is **CANCELLED**, all deadlines are **VACATED**, and the Clerk is **DIRECTED** to administratively terminate the motions at Docket Entries 306, 346, 348, 350, 352, 363, 366, 427, 431, 443, 474, 476, 479, and 480. Additionally, the Clerk is **DIRECTED** to administratively close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE