**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ST. CLAIR COUNTY EMPLOYEES'** | ) | |
| **RETIREMENT SYSTEM, Individually** | ) | |
| **and on Behalf of All Others Similar,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:18-cv-00988** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **ACADIA HEALTHCARE COMPANY,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Clerk is **DIRECTED** to administratively terminate the pending motions for leave to

file documents under seal (Doc. Nos. 309, 328), as this case has settled.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE